**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE RICHARD ARJUN KAUL, MD, | : No. 120 MM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SUZANNE ZERBE, ADMINISTRATOR FOR | : |
| PENNSYLVANIA MEDICAL BOARD/MARK | : |
| B. WOODLAND, PRESIDENT OF | : |
| PENNSYLVANIA MEDICAL BOARD/SHANA | : |
| WALTER, COUNSEL FOR PENNSYLVANIA | : |
| MEDICAL BOARD, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.